# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 24.1.182.247 | Comcast Cable Communications | 2011-11-30 02:24:53 |
| 24.12.97.62 | Comcast Cable Communications | 2011-12-06 23:52:53 |
| 24.13.137.83 | Comcast Cable Communications | 2011-11-28 23:59:48 |
| 50.129.80.18 | Comcast Cable Communications | 2011-11-23 17:31:32 |
| 50.76.247.225 | Comcast Cable Communications | 2011-11-26 09:19:04 |
| 50.82.135.44 | Mediacom Communications | 2011-11-30 01:13:44 |
| 67.159.28.60 | FDCservers.net | 2011-11-16 20:31:02 |
| 67.167.0.160 | Comcast Cable Communications | 2011-12-03 04:28:56 |
| 67.167.40.27 | Comcast Cable Communications | 2011-11-21 21:27:19 |
| 67.173.110.212 | Comcast Cable Communications | 2011-11-19 08:34:01 |
| 67.186.97.176 | Comcast Cable Communications | 2011-12-14 01:12:26 |
| 68.51.76.57 | Comcast Cable Communications | 2011-12-06 08:32:54 |
| 69.245.251.21 | Comcast Cable Communications | 2011-11-15 03:29:34 |
| 69.47.90.144 | WideOpenWest Finance | 2011-11-18 14:55:39 |
| 71.143.227.189 | AT&T Internet Services | 2011-12-02 07:51:08 |
| 71.194.75.149 | Comcast Cable Communications | 2011-11-09 05:46:03 |
| 71.201.218.125 | Comcast Cable Communications | 2011-11-26 04:59:29 |
| 71.239.85.75 | Comcast Cable Communications | 2011-11-30 02:42:49 |
| 71.57.90.0 | Comcast Cable Communications | 2011-12-01 01:46:08 |
| 75.132.202.44 | Charter Communications | 2011-11-23 08:07:46 |
| 75.59.224.157 | AT&T Internet Services | 2011-12-11 19:32:02 |
| 76.16.225.228 | Comcast Cable Communications | 2011-11-30 09:43:27 |
| 76.235.87.243 | AT&T Internet Services | 2011-12-14 22:46:02 |
| 98.193.10.246 | Comcast Cable Communications | 2011-11-20 02:06:27 |
| 98.206.19.26 | Comcast Cable Communications | 2011-11-27 20:47:31 |
| 98.213.44.14 | Comcast Cable Communications | 2011-11-25 00:00:24 |
| 98.222.56.122 | Comcast Cable Communications | 2011-12-01 04:36:36 |
| 98.223.217.197 | Comcast Cable Communications | 2011-11-28 21:30:43 |
| 99.140.172.228 | AT&T Internet Services | 2011-11-26 00:10:55 |
| 99.141.129.190 | AT&T Internet Services | 2011-11-29 00:32:56 |
| 99.177.131.220 | AT&T Internet Services | 2011-12-02 16:06:16 |