# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS
Pacific Century International LTD

### DEFENDANTS
Does 1-31

**(b)** County of Residence of First Listed Plaintiff: Country of Malta
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Unknown
NOTE: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Prenda Law Inc.
161 N. Clark Street, Suite 3200, Chicago, IL 60601
(312) 880 - 9160

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 820 Copyrights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Copyright Infringement under 17 U.S.C. 101 et. seq.

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ 100,000+
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action

Date: 12/21/2011
Signature of Attorney of Record: /s/ Paul A. Duffy