# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD., ) | |
| ) | CASE NO.: |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: |
| ) | |
| DOES 1 – 31, ) | Magistrate Judge: |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
## NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2

Plaintiff, Pacific Century International LTD, is an affiliate of Pacific Century Inc. No publicly held company owns 5% or more of Plaintiff's stock.

                        Respectfully submitted,

                        Pacific Century International LTD

DATED: December 21, 2011

                    By:    By: /s/ Paul Duffy
                              Paul Duffy (Bar No. 6210496)
                              Prenda Law Inc.
                              161 N. Clark St., Suite 3200
                              Chicago, IL 60601
                              Telephone: (312) 880-9160
                              Facsimile: (312) 893-5677
                              E-mail: paduffy@wefightpiracy.com
                              *Attorney for Plaintiff*