**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD, | CASE NO. 1:11-cv-09064 |
| Plaintiff, | |
| v. | Judge: Hon. Harry D. Leinenweber |
| | Magistrate Judge: Hon. Morton Denlow |
| DOES 1 – 31, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF *EX PARTE* MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

PLEASE TAKE NOTICE that on December 27th, 2011 at 9:30 a.m. the undersigned shall appear before the Honorable United States Judge Harry D. Leinenweber in Courtroom 1941 at 219 South Dearborn Street, Chicago, IL and shall then and there present a Motion for Leave to Take Discovery Prior to Rule 26(f) Conference.

Respectfully submitted,

Pacific Century International LTD

**DATED:** December 22, 2011

By: By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*