IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD, | CASE No. 1:11-CV-09064 |
| Plaintiff, | |
| v. | Honorable Harry D. Leinenweber |
| JOHN DOES 1-31, | |
| Defendants. | |

## NOTICE OF DECLARATION TO REFUTE

To: Paul Duffy
Prenda Law Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601

Please be advised the declaration of the undersigned shall be presented on January 18, 2012 at 9:30 a.m. before Judge Harry D. Leinenwebber or any Judge sitting in his stead, in Courtroom 1941, Chamber 1946, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604, and shall thereupon present **DECLARATION TO REFUTE PLAINTIFF'S DECLARATION OF PETER HANSMEIER**, a true and correct copy of which is hereby served upon you through the US Postal Service.

Dated: 1/06/2012

Respectfully submitted,

John Doe
John Doe, AKA: DieTrollDie
Blog: http://dietrolldie.wordpress.com
Doerayme2011@hotmail.com