# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 9064 | **DATE** | 3/5/2012 |
| **CASE TITLE** | Pacific Century International Ltd. Vs. Does 1-31 | | |

**DOCKET ENTRY TEXT**

Enter Order Granting Plaintiff's Motion for leave to take discovery prior to the Rule 26(f) Conference.

■ [ For further detail see separate order(s).]                                    Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|