### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., | ) ) |
| Plaintiff, | ) CASE NO. 1:11-cv-09064 ) ) Judge: Hon. Harry D. Leinenweber |
| v. | ) Magistrate: Hon. Morton Denlow ) |
| DOES 1-31, | ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Plaintiff PACIFIC CENTURY INTERNATIONAL, LTD. respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), to enter an Order compelling COMCAST CABLE COMMUNICATIONS, LLC ("Comcast") to comply with a subpoena *duces tecum* served on March 13, 2012, with respect to the above-referenced matter currently pending in this Court. Plaintiff seeks to obtain identifying information associated with internet service account subscribers including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address pursuant to a subpoena *duces tecum* served on Comcast.

Pursuant to Local Rule 37.2, after consultation by telephone and good faith attempts to resolve differences, the parties resolved one objection by Comcast. The undersigned counsel for Pacific Century International, Ltd. and John D. Seiver, counsel for Comcast held a telephone consultation on April 24, 2012 at or around 2:00 p.m. Good faith attempts by the parties were able to resolve one of the objections raised by Comcast, but the parties were unable to reach an accord on the remaining objections.

WHEREFORE, Plaintiff respectfully requests an order compelling Comcast to comply with the subpoena.

Respectfully submitted,

PACIFIC CENTURY INTERNATIONAL, LTD.

**DATED: April 24, 2012**

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 24, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a). The undersigned also certifies that on April 25, 2012, he caused a copy of the foregoing document were served via First Class Mail, Postage Prepaid to:

John D. Seiver
Davis Wright Tremaine LLP
Suite 800
1919 Pennsylvania Avenue, NW
Washington, D.C. 20006-3401
*Attorney for Comcast Cable Communications, LLC*

                       By:    /s/ Paul Duffy
                                Paul Duffy