### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | |
| ) | CASE NO.  1:11-cv-09064 |
| Plaintiff, ) | |
| ) | Judge:  Harry D. Leinenweber |
| v. ) | Magistrate:  Morton Denlow |
| DOES 1-31 ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED TO THIRD-PARTY INTERNET SERVICE PROVIDER

PLEASE TAKE NOTICE that on May 8, 2012 at 9:30 a.m., the undersigned shall appear before the Honorable United States Judge Leinenweber in Courtroom 1941 at 219 South Dearborn Street, Chicago, IL and shall then and there present a motion to compel Comcast Cable Communications LLC to comply with the subpoena dated March 13, 2012.

Respectfully submitted,

Hard Drive Productions, Inc.

**DATED:**  April 24, 2012

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a). The undersigned also certifies that on April 25, 2012, caused a copy of the foregoing document were served via First Class Mail, Postage Prepaid to:

John D. Seiver
Davis Wright Tremaine LLP
Suite 800
1919 Pennsylvania Avenue, NW
Washington, DC 20006-3401
E-mail: johnseiver@dwt.com
*Attorney for Comcast Cable Communications LLC*

By: /s/ Paul Duffy
Paul Duffy