**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Pacific Century International LTD
                              Plaintiff,

v.                                            Case No.: 1:11−cv−09064
                                              Honorable Harry D. Leinenweber

John Does 1 – 31
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 8, 2012:

MINUTE entry before Honorable Harry D. Leinenweber:Defendants response to plaintiff's Motion to Compel to be filed by 5/22/2012. Plaintiff's reply brief to be filed by 5/29/2012. The Court will rule orally on 6/14/2012 at 9:00 a.m. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.