**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., <br><br>　　　*Plaintiff*, <br>v. <br><br>DOES 1 – 31, <br><br>　　　*Defendants*. | No. 11-CV-9064 <br><br> Judge Leinenweber <br> Magistrate Judge Denlow |

**MOTION FOR LEAVE TO FILE ADDITIONAL AUTHORITY
IN SUPPORT OF MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA**

Now comes COMCAST CABLE COMMUNICATIONS LLC, Objector herein, by its attorneys, and move this Honorable Court for leave to cite additional authority. In support of this Motion, movant states:

　　1.　　In its Memorandum in Opposition to Motion to Compel Compliance with Subpoena, Objector cited *Pacific Century Int'l v. John Does 1-37, et al.*, 2012 WL 1072312 (N.D. Ill. Mar. 30, 2012). When citing it, Objector noted that the plaintiff in that case, the same plaintiff as in the instant case, had moved Judge Holderman to alter or amend the judgment reported in that opinion.

　　2.　　On May 21, 2012, Judge Holderman denied the motion to alter or amend the judgment. A copy of his order is attached hereto as Exhibit "A".

　　WHEREFORE, Objector moves that this Court grant Objectors leave to cite this additional authority.

1

RESPECTFULLY SUBMITTED,

/s/ Mark W. Wallin
Paul F. Stack
Mark W. Wallin
**STACK & O'CONNOR CHARTERED**
140 S. Dearborn St., Suite 411
Chicago, Illinois 60603
(312) 782-0690

*Of counsel:*
John D. Seiver
Leslie G. Moylan
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
(202) 973-4200

*Counsel for Non-Party Comcast Cable Communications, LLC*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 25th day of March 2012, true and correct copies of the foregoing document was served via ECF upon all counsel of record:

Paul A. Duffy
PRENDA LAW INC.
161 N. Clark Street
Suite 3200
Chicago, IL 60601

                                        /s/ Mark W. Wallin
                                        Mark W. Wallin