# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 11-CV-9064 |
| | ) ) | Judge Leinenweber |
| v. | ) ) | Magistrate Denlow |
| DOES 1-31, | ) ) ) | [Case pending in the U.S. District Court for the Southern District of |
| Defendants. | ) | Texas, No. 4:12-cv-00698] |

## NOTICE OF MOTION

To: Paul Duffy
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601

    PLEASE TAKE NOTICE that on Thursday, May 31, 2012, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Harry Leinenweber in the courtroom assigned to him in the Federal Courthouse at 219 S. Dearborn St., Chicago, Illinois 60604, and then and there present **MOTION FOR LEAVE TO FILE ADDITIONAL AUTHORITY,** copies of which are hereby served upon you.

                                          /s/Mark W. Wallin
                                        One of the attorneys for Objectors.

Paul F. Stack
Mark W. Wallin
**STACK & O'CONNOR CHARTERED**
Suite 411
140 South Dearborn Street
Chicago, Illinois 60603
Tel: 312-782-0690
Fax: 312-782-0936