**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PACIFIC CENTURY INTERNATIONAL LTD,

    Plaintiff,

v.

DOES 1 – 31,

    Defendants.

CASE NO. 1:11-cv-09064

Judge: Hon. Harry D. Leinenweber
Magistrate Judge: Hon. Morton Denlow

**PLAINTIFF'S NOTICE OF DISMISSAL OF A DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against the Doe defendant associated with the IP address 71.194.75.149. The Doe defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

    Respectfully submitted,

    Pacific Century International LTD

DATED: July 20, 2012

    By:  /s/ Paul Duffy
        Paul Duffy (Bar No. 6210496)
        Prenda Law Inc.
        161 N. Clark St., Suite 3200
        Chicago, IL 60601
        Telephone: (312) 880-9160
        Facsimile: (312) 893-5677
        E-mail: paduffy@wefightpiracy.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 20, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                            /s/ Paul Duffy
                                            PAUL DUFFY