**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., <br><br> *Plaintiff*, <br> v. <br><br> DOES 1 – 31, <br><br> *Defendants.* | No. 11-CV-9064 <br><br> Judge Leinenweber <br> Magistrate Judge Denlow |

**MOTION OF COMCAST CABLE COMMUNICATION LLC FOR LEAVE TO FILE INSTANTER MEMORANDUM REGARDING STATUS OF COMPLIANCE WITH PRIOR ORDER.**

Now comes COMCAST CABLE COMMUNICATIONS LLC, Objector herein, by its attorneys, and moves this Honorable Court for leave to file instanter its memorandum regarding its compliance with a prior order of court. In support of this Motion, movant states:

1. During an August 21, 2012, status hearing in this matter, Plaintiff's counsel stated that he had not yet received information regarding subpoenaed IP addresses from Objector. The Court requested Objector's counsel to determine the status of compliance with the order and to report back at the next status report on September 5, 2012

2. Objector has not disclosed this information to Plaintiff's counsel because there is a pending motion before this Court filed by a John Doe Defendant. Disclosure of this information before resolution of this motion would violate the Order entered by this Court on June 12, 2012. All this is more fully set forth in the memorandum sought to be filed.

WHEREFORE, Objector moves that this Court grant Objectors leave to file its memorandum instanter.

1

RESPECTFULLY SUBMITTED,

 /s/ Mark W. Wallin
Paul F. Stack
Mark W. Wallin
**STACK & O'CONNOR CHARTERED**
140 S. Dearborn St., Suite 411
Chicago, Illinois 60603
(312) 782-0690

*Of counsel:*
John D. Seiver
Leslie G. Moylan
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
(202) 973-4200

*Counsel for Non-Party Comcast Cable Communications, LLC*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 24th day of August 2012, true and correct copies of the foregoing document was served via ECF upon all counsel of record:

Paul A. Duffy
PRENDA LAW INC.
161 N. Clark Street
Suite 3200
Chicago, IL 60601

              /s/ Mark W. Wallin
              Mark W. Wallin