IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., | ) ) ) | No. 11 C 9064 |
| Plaintiff, | ) ) | Judge Leinenweber |
| v. | ) ) ) | Magistrate Judge Denlow |
| DOES 1-31, | ) ) | [Case pending in the U.S. District Court for the Southern District of |
| Defendants. | ) | Texas, No. 4:12-cv-00698] |

**COMCAST CABLE COMMUNICATION'S MEMORANDUM REGARDING STATUS OF COMPLIANCE WITH PRIOR ORDER.**

**Introduction**

On August 21, 2012, Objector Comcast Cable Communications LLC ("Comcast") appeared before this Court for a status hearing. At this hearing, Plaintiff's counsel stated that Plaintiff had not yet received disclosures from Comcast. This is correct. Comcast has yet to produce the disclosures to Plaintiff because to do so would violate this Court's order of June 12, 2012.

**Discussion**

On June 12th, the Court issued an opinion and order granting Plaintiff's Motion to Compel Compliance with Subpoena. (Dk. at 28). Specifically, this order provided Comcast with 30 days to give notice of the litigation, subpoena and said order to the Does with the IP addresses set forth in the subpoena. Specifically, the order stated:

> Accordingly, the Court gives Comcast 30 days to identify the relevant Does and provide them with notice of the litigation and subpoena, along with a copy of this order. Those defendants have 30 days from

1

the date that they receive the subpoena to file an objection or other appropriate motion with this Court. Only after all such objections are resolved is Comcast to turn over the remaining information (as modified by this and any subsequent orders) to Plaintiff.

Comcast timely complied with this order and notified its subscribers of the order of June 12th. On July 19, 2012, within the period prescribed by the order, a Doe filed an "Omnibus Motion to Sever Defendants and/or Quash the Subpoena and/or Issue a Protective Order." (Dk at 31). Plaintiff then filed a response to this motion on August 2, 2012. (Dk at 32). This "Omnibus Motion" is still unresolved.

In compliance with the Court's order, Comcast has not turned over any of the subpoenaed information. It should be noted that Comcast does not know whether the Doe that filed the Omnibus Motion is a Comcast subscriber because he or she did not provide an IP address. Without this information Comcast cannot provide any of the subpoenaed information because it may be disclosing the identity of the moving Doe in violation of the order of June 12th. Comcast continues to hold the identifying information of its subscribers in its possession pending further order of this Court

RESPECTFULLY SUBMITTED,

 /s/ Mark W. Wallin
Paul F. Stack
Mark W. Wallin
**STACK & O'CONNOR CHARTERED**
140 S. Dearborn St., Suite 411
Chicago, Illinois 60603
(312) 782-0690

2

Of counsel:
John D. Seiver
Leslie G. Moylan
Lisa B. Zycherman
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
(202) 973-4200

Counsel for Non-Parties Comcast Cable Communications, LLC