# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., ) | |
| ) | CASE NO. 11-CV-9064 |
| Plaintiff, ) | |
| ) | Judge Leinenweber |
| v. ) | Magistrate Denlow |
| ) | |
| DOES 1-31, ) | [Case pending in the U.S. District |
| ) | Court for the Southern District of |
| Defendants. ) | Texas, No. 4:12-cv-00698] |

## NOTICE OF MOTION

To: Paul Duffy
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601

     PLEASE TAKE NOTICE that on Wednesday, September 5, 2012, at 9:00 a.m., the undersigned shall appear before the Honorable Judge Harry Leinenweber in the courtroom assigned to him in the Federal Courthouse at 219 S. Dearborn St., Chicago, Illinois 60604, and then and there present its **MOTION FOR LEAVE TO FILE ITS INSTANTER MEMORANDUM REGARDING STATUS OF COMPLIANCE WITH PRIOR ORDER**, copies of which are hereby served upon you.

                                                  /s/Mark W. Wallin
                                              One of the attorneys for Objectors.

Paul F. Stack
Mark W. Wallin
**STACK & O'CONNOR CHARTERED**
Suite 411
140 South Dearborn Street
Chicago, Illinois 60603
Tel: 312-782-0690
Fax: 312-782-0936