# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Pacific Century International LTD

                Plaintiff,

v.                                  Case No.: 1:11−cv−09064
                                          Honorable Harry D. Leinenweber

John Does 1 – 31

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 5, 2012:

      MINUTE entry before Honorable Harry D. Leinenweber: The Omnibus Motion to Sever defendants and/or Quash the Subpoena and/or issue a protective order and incorporated memorandum of law [31] is denied, for failure to present the motion. Status hearing held on 9/5/2012. Comcast to comply with discovery by 9/14/2012. Status hearing set for 10/4/2012 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.