**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PACIFIC CENTURY INTERNATIONAL LTD,

    Plaintiff,

v.

DOES 1 – 31,

    Defendants.

CASE NO. 1:11-cv-09064

Judge: Hon. Harry D. Leinenweber
Magistrate Judge: Hon. Morton Denlow

## PLAINTIFF'S NOTICE OF DISMISSAL OF DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against the Doe defendants associated with the IP addresses 98.213.44.14, 67.167.0.160, and 76.16.225.228. The Doe defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

    Respectfully submitted,

    Pacific Century International LTD

DATED: December 11, 2012

    By:    /s/ Paul Duffy
            Paul Duffy (Bar No. 6210496)
            Prenda Law Inc.
            161 N. Clark St., Suite 3200
            Chicago, IL 60601
            Telephone: (312) 880-9160
            Facsimile: (312) 893-5677
            E-mail: paduffy@wefightpiracy.com
            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 11, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                                /s/ Paul Duffy
                                                             PAUL DUFFY